# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE ARNOLD,<br><br>                 **Plaintiff,**<br><br>vs.<br><br>JOHNNY'S ITALIAN STEAKHOUSE, LLC, HEART OF AMERICA MANAGEMENT, LLC, and JOHN DOES 1-5,<br><br>                 **Defendants.** | 8:18CV414<br><br>ORDER |

A telephone conference was held on May 13, 2019, with counsel for the parties. Upon the Court's finding of good cause to extend case progression deadlines, and in accordance with the matters discussed during the conference,

**IT IS ORDERED**:

1) The deposition deadline is extended to **July 19, 2019**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **August 19, 2019**.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **August 19, 2019**.

4) The parties shall comply with all other deadlines previously set that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of May, 2019.

                                                            BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge