## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE ARNOLD, | |
| Plaintiff, | 8:18CV414 |
| vs. | ORDER |
| JOHNNY'S ITALIAN STEAKHOUSE, LLC, HEART OF AMERICA MANAGEMENT, LLC, and JOHN DOES 1-5, | |
| Defendants. | |

After a review of the parties' joint proposed amended progression order,

**IT IS ORDERED**:

1) The deposition deadline for those witnesses located in Moline, Illinois is extended to **September 20, 2019**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **October 21, 2019**.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **October 21, 2019**.

4) The parties shall comply with all other deadlines previously set that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 19th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge