# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE ARNOLD,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHNNY'S ITALIAN STEAKHOUSE, LLC, HEART OF AMERICA MANAGEMENT, LLC, and JOHN DOES 1-5,<br><br>　　　　　　　Defendants. | 8:18CV414<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **November 12, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

3. The deadline for filing motions for summary judgment shall be extended to **November 21, 2019;** and

4. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of October, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge