IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNY'S ITALIAN STEAKHOUSE, LLC, HEART OF AMERICA MANAGEMENT, LLC, and JOHN DOES 1-5,<br><br>    Defendants. | 8:18-CV-414<br><br>**JUDGMENT** |

  This matter is before the Court on the parties' joint Stipulation for Dismissal ([Filing 45](#)).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, both sides to bear their own fees and costs.

  Dated this 22nd day of October, 2019.

                  BY THE COURT:

                  _____
                  Brian C. Buescher
                  United States District Judge